500-15 501-15 502-15 503-15 504-15 505-15

# ELECTRONIC RECORD

COA # 05-14-00978-CR

OFFENSE: OTHER CRIMINAL

STYLE: Nicholas Davell Amos v. The State of Texas

COUNTY: Dallas

COA DISPOSITION: AFFIRM

TRIAL COURT: 291st Judicial District Court

DATE: 03/31/2015          Publish: NO

TC CASE #: F-1341905-U

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Nicholas Davell Amos v. The State of Texas

CCA #:

_____ PRO SE _____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____ REFUSED _____

JUDGE: _____

DATE: 08/26/2015

SIGNED: _____          PC: _____

JUDGE: Per Curiam

PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**